FILED
August 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002861650

4 Pages

Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramosllaw.com

Attorneys for Trustee,
PREM DHAWAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MIGUEL GUTIERREZ and
MARTHA L. GUTIERREZ,

Debtors.

Case No. 08-28625
Chapter 7
DC No. MAR-004

Date:    September 20, 2010
Time:    9:00 a.m.
Place:    U.S. Bankruptcy Court
           501 I Street, 7th Floor
           Courtroom 28
           Sacramento, CA 95814
Judge:   Hon. Michael S. McManus

**TRUSTEE'S MOTION FOR ORDER APPROVING
ABANDONMENT OF REAL PROPERTIES**

**COMES NOW** PREM DHAWAN, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Miguel Gutierrez and Martha L. Gutierrez ("Debtors"), and moves the court for an order authorizing the abandonment of real property.

**FACTUAL AND PROCEDURAL HISTORY**

On June 27, 2008, the Debtors filed their voluntary Chapter 7 petition, which commenced the within bankruptcy case, and Prem Dhawan was duly appointed Chapter 7 Trustee.

On July 11, 2008, the Debtors filed their bankruptcy Schedule A, in which the Debtors scheduled the real property commonly known as Lot 39, as shown on the map of

"Sky Valley Unit No. 2", filed on April 4, 1991 in book 60 of maps, page 54, Solano County Records and amended by Certificate of Correction recorded July 30, 1991 as Series No. 91-53402, official records, and Certificate of Correction recorded November 26, 1997, Series No. 97-45571, official records; APN # 0182-173-18; and commonly known as 2244 Bennington Drive, Vallejo, CA 94591 (the "Bennington Lot"). (A true and correct copy of the Debtors' bankruptcy Schedule A, reflecting their interest in the property, is attached to the Declaration of Prem N. Dhawan as **_Exhibit A_**.

The Debtors' Schedule A reflects that the fair market value of the Bennington Lot at the time of filing was $230,000.00, and that the property was encumbered by liens in the total sum of $77,000.00. The Trustee's investigation has confirmed that the current fair market value of the Bennington Lot is approximately $65,000.00. The Bennington Lot has been listed for sale during the past year and a half. The Trustee has continued to reduce the asking price during this time in an effort to effect the sale of the Bennington Lot. No mortgage payments or property tax payments have been made on the Bennington Lot since July 2008. Additionally, the Bennington Lot is subject to Mello-Roos taxes and a property maintenance citation in the amount of $1,000.00. Thus, the property is over encumbered and there is no equity in the property for the benefit of the estate. (See Declaration of Prem Dhawan).

The Trustee has independently determined, based on the current fair market value of the Bennington Lot and its encumbrances, that the Bennington Lot is burdensome and of no benefit to the estate. (See Declaration of Prem Dhawan).

The Trustee's Motion is filed and served in compliance with Eastern District of California Bankruptcy Local Rule 9014-1. The within Motion was filed and served no less than 28 days prior to the scheduled hearing date in compliance with Eastern District of California Bankruptcy Local Rule 9014-1(f)(1). The Trustee further seeks a waiver of the ten day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(g).

## ARGUMENT

## ABANDONMENT OF REAL PROPERTY OF THE DEBTOR IS PROPER UNDER SECTION 554

Pursuant to 11 U.S.C. Section 554(a), after notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

### A. The Real Property Is of Inconsequential Value

The Trustee has determined that the Bennington Lot has no equity for the benefit of creditors and therefore is of inconsequential value to the estate. The Debtors' Schedule A reflects that the fair market value of the Bennington Lot at the time of filing was $230,000.00, and that the property was encumbered by liens in the total sum of $77,000.00. The Trustee has exposed the Bennington Lot to the market for the past year and a half through a court appointed real estate broker, Lawton Associates. The Trustee has received no offers for the Bennington Lot. (See Declaration of Prem Dhawan). The Trustee's investigation has confirmed that the current fair market value of the Bennington Lot is approximately $65,000.00. The Debtors have not made any mortgage payments or property tax payments on the Bennington Lot since the date of filing. As a result, the total sum of the liens against the Bennington Lot are now substantially in excess of $77,000.00.

The Bennington Lot is therefore over encumbered and of inconsequential value to the estate. (See Declaration of Prem Dhawan).

### B. The Real Properties Are Burdensome

As stated earlier, The Bennington Lot is worth less than the encumbrances against the property. Thus, the Bennington Lot is burdensome to the estate. It is the Trustee's business judgment that abandonment of the Bennington Lot is in the best interest of the estate.

In light of the fact that the property has no equity for the estate and the potential liability to the estate from continued retention of the property by the estate, the Trustee

asks for an order authorizing abandonment of the Bennington Lot.

## CONCLUSION

Based on the foregoing, the Trustee respectfully requests the entry of an order approving the abandonment of the Bennington Lot as set forth herein.

Dated: August 18, 2010      MARSHALL & RAMOS, LLP

              /s/ Mariam S. Marshall
              MARIAM S. MARSHALL
              Attorneys for Trustee
              PREM DHAWAN